UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| LUISBER SUAREZ VAZQUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00348-JRS-MKK |
| | ) | |
| MARKWAYNE MULLIN Secretary, U.S. | ) | |
| Department of Homeland Security, | ) | |
| SAMUEL OLSEN Field Office Director, Chicago | ) | |
| Field ) Office, Immigration and Customs | ) | |
| Enforcement, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner filed a petition for a writ of habeas corpus alleging that he is unlawfully detained at the Clay County Justice Center at the direction of U.S. Immigration and Customs Enforcement. Dkt. 1. The petition names as respondents an ICE Field Office Director and the Secretary of the Department of Homeland Security.

The petition may not proceed as presented because it does not name as respondents all persons allegedly responsible for Petitioner's detention. *See* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained."). The petition does not name as a respondent any official with authority over the Clay County Justice Center. *See Kholyavskiy v. Achim*, 443 F.3d 946, 953-54 (7th Cir. 2006) (affirming dismissal of habeas petition where petitioner did not name immediate custodian as respondent). Additionally, the petition asserts that Petitioner's detention is governed by 8 U.S.C. § 1226(a) but does not name the U.S. Attorney General as a respondent. *See* 8 U.S.C. § 1226(a) ("On a warrant issued by the Attorney

General, an alien may be arrested and detained pending a decision on whether the alien is to be removed from the United States.").

Petitioner will have **through May 26, 2026**, to file an amended petition naming all necessary respondents. The Court will issue additional orders once the amended petition has been filed.

**IT IS SO ORDERED.**

Date: 5/20/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Brittni Rivera
Kriezelman Burton and Associates
brivera@krilaw.com